**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>JEWEL THOMPSON JR<br>ROBIN R THOMPSON<br>Debtor(s) | Case No. 12-19686 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/14/2012.

2) The plan was confirmed on 07/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 01/21/2016.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $53,179.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $39,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $39,000.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,660.26 |
| Other | $30.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,190.26

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RECOVERY SERVICE | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES LLC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 265.48 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 1,277.00 | NA | NA | 0.00 | 0.00 |
| BOERSMA PLUMBING | Unsecured | 281.18 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECTION CORPORATIC | Unsecured | 498.46 | NA | NA | 0.00 | 0.00 |
| CAROLYN BELKE | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Secured | 3,695.00 | 0.00 | 3,695.00 | 3,695.00 | 119.93 |
| CHECK INTO CASH INC | Unsecured | 1,145.39 | 929.39 | 929.39 | 0.00 | 0.00 |
| CHECK SYSTEMS | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,624.00 | 9,873.16 | 9,873.16 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,076.26 | NA | NA | 0.00 | 0.00 |
| COLUMBUS B&T GEORGIA | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 325.71 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 231.19 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 738.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MGMT SERVICES | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATON | Unsecured | 102.78 | NA | NA | 0.00 | 0.00 |
| CRESCENT HEIGHTS | Unsecured | 816.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DOMINICK FINER FOOD | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 3,353.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 2,101.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Secured | 18,184.00 | 18,184.00 | 18,184.00 | 18,184.00 | 1,028.27 |
| FRIENDLY FINANCE CORP | Unsecured | NA | 0.44 | 0.44 | 0.00 | 0.00 |
| GATEWAY CHEVROLET | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE CORPORATION | Unsecured | 7,055.96 | NA | NA | 0.00 | 0.00 |
| HARRINGTON COLLEGE OF DESIGN | Unsecured | 2,259.00 | NA | NA | 0.00 | 0.00 |
| HARRINGTON COLLEGE OF DESIGN | Unsecured | 2,823.00 | NA | NA | 0.00 | 0.00 |
| HSN FLEXPAY DEPT | Unsecured | 500.00 | 1,895.47 | 1,895.47 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 1,277.00 | 1,277.12 | 1,277.12 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 2,043.10 | 2,043.10 | 1,152.85 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 2,043.10 | 322.04 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 603.00 | 603.00 | 0.00 | 0.00 |
| INDERIT DHAWAN | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | 17,065.79 | 17,065.79 | 9,629.69 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 4,899.82 | 4,899.82 | 0.00 | 0.00 |
| ISAC | Unsecured | 6,829.00 | 9,500.51 | 9,500.51 | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,305.00 | 1,202.97 | 1,202.97 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,071.00 | 987.02 | 987.02 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 480.00 | 420.43 | 420.43 | 0.00 | 0.00 |
| JEWEL FOOD STORE | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| LAND TRUST COMPANY LLC | Unsecured | NA | 28,868.41 | 28,868.41 | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| LUDLOW ACCEPTANCE LLC | Unsecured | 4,643.00 | 4,277.02 | 4,277.02 | 0.00 | 0.00 |
| MAC PROPERTY MGMT | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| MDU COMMUNICATION | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,546.00 | 1,456.67 | 1,456.67 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,239.00 | 1,239.82 | 1,239.82 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 816.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDWAY DENTAL CARE | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| MYRTLE BEACH | Secured | NA | NA | NA | 0.00 | 0.00 |
| NATIONAL FINANCIAL GROUP | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| NEW WORLD MEDIA | Unsecured | 420.94 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ORANGE LAKE COUNTRY CLUB INC | Secured | 652.93 | NA | NA | 0.00 | 0.00 |
| ORANGE LAKE COUNTRY CLUB INC | Unsecured | 453.00 | 706.97 | 706.97 | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 6,573.00 | 8,266.23 | 8,266.23 | 0.00 | 0.00 |
| PAYDAY OK/PAYDAY SELECT | Unsecured | 309.21 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 253.25 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 919.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 438.70 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 439.00 | 438.70 | 438.70 | 0.00 | 0.00 |
| PROFESSIONAL ED INSTITUTE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE MANAGEMENT SYSTI | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| RCA DIAMOND CENTER | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| RCA DIAMOND CENTER | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ROBERT MORRIS COLLEGE | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD POLICE DEPT | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,433.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE/USA FUNDS | Unsecured | 2,906.00 | 6,759.83 | 6,759.83 | 0.00 | 0.00 |
| SEVENTH AVE | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVE | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 604.56 | 1,290.88 | 1,290.88 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 3,188.08 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 668.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| TELE CHECK | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| TIME LIFE | Unsecured | 89.97 | NA | NA | 0.00 | 0.00 |
| TODAY'S DENTISTRY | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| UNITED AUTO CREDIT CORP | Unsecured | 4,512.00 | 4,087.42 | 4,087.42 | 0.00 | 0.00 |
| UNIVERSAL LENDERS INC | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 7,401.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,417.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,280.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 3,679.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 2,625.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 2,624.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 13,209.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 2,517.25 | NA | NA | 0.00 | 0.00 |
| VITAL RECOVERY SERVICE | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| WESTWOOD COLLEGE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,879.00 | $21,879.00 | $1,148.20 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,879.00** | **$21,879.00** | **$1,148.20** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $19,711.89 | $10,782.54 | $0.00 |
| **TOTAL PRIORITY:** | **$19,711.89** | **$10,782.54** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,700.32** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,190.26 |
| Disbursements to Creditors | $33,809.74 |
| **TOTAL DISBURSEMENTS :** | **$39,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/02/2016                              By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**